KING, Circuit Judge, concurring:
 

 I concur in the judgment and in Judge Southwick's opinion. Our caselaw has not grappled with the impact of
 
 Gonzalez v. Thaler
 
 ,
 
 565 U.S. 134
 
 ,
 
 132 S.Ct. 641
 
 ,
 
 181 L.Ed.2d 619
 
 (2012), on our characterization of the district-court-first rule as jurisdictional. In my view, the Supreme Court's opinion in
 
 Gonzalez
 
 seriously calls that holding into question. Nonetheless, we are bound by the rulings of previous post-
 
 Gonzalez
 
 panels to continue to apply our existing caselaw.